UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) 1:15-cr-00072-JDL-3 |
| | ) |
| MARK TASKER, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE**

Defendant Mark Tasker, who is currently in the custody of the Bureau of Prisons on home confinement, has filed a motion to reduce his sentence based on the alleged financial burdens that Tasker's home confinement places on him and his family (ECF No. 661).  A term of imprisonment will ordinarily impose some burdens on a defendant, and Tasker's cursory motion, which he filed without counsel, does not show any lawful grounds for relief.  Accordingly, Tasker's motion to reduce sentence (ECF No. 661) is **DENIED** without prejudice.

SO ORDERED.

Dated this 2nd day of August, 2021.

                                                           /s/ JON D. LEVY
                                         CHIEF U.S. DISTRICT JUDGE